■ DALE R. GELSTER, Respondent, v MARIA L. JAOUDE, Appellant. [916 NYS2d 550]—

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered June 11, 2010 in a personal injury action. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly denied defendant's motion for summary judgment dismissing the complaint. Defendant met her initial burden by establishing that plaintiff, a pedestrian, unexpectedly darted into the path of her vehicle (*see Jellal v Brown*, 37 AD3d 179 [2007]; *Sheppeard v Murci*, 306 AD2d 268 [2003]; *Ash v McNamara*, 288 AD2d 956 [2001], *lv denied* 97 NY2d 612 [2002]). In opposition to the motion, however, plaintiff raised a triable issue of fact whether defendant was speeding at the time of the accident (*see generally Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Contrary to defendant's contention, the deposition testimony of a non-party witness regarding defendant's speed was not so inconsistent or speculative as to render it insufficient to defeat the motion (*cf. Sheppeard*, 306 AD2d 268; *Wolf v We Transp.*, 274 AD2d 514 [2000]). Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.